UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

_____
                                                )
ACCESS NATIONAL BANK         )
                                                )
    Plaintiff,                            )    Case No. 1:08-cv-001128-JFM
                                                )
    v.                                        )    ANSWER OF GARNISHEE
                                                )    SMS Data Products Group, Inc.
MULBERRY EUTAW REAL ESTATE )
ACQUISITIONS, LLC, et al,            )
                                                )
    Defendants.                         )
_____)

## ANSWER OF GARNISHEE
## TO WRIT OF GARNISHMENT

    Garnishee SMS Data Products Group, Inc. ("SMS"), by and through its undersigned counsel, hereby answers the Writ of Garnishment as to Judgment Debtor RTBS, Inc. and states as follows:

    1. SMS denies that it is indebted to the Judgment Debtor RTBS, Inc. and further denies that it has possession of any property of the Judgment Debtor RTBS, Inc.

    2. As a separate and/or affirmative defense, Garnishee states that service of the Garnishment Writ out of state was defective, in that such process may not validly be served out of state.

                              Respectfully submitted,

                              /s/ Daniel M. Press_____
                              Daniel M. Press, D. Md. Bar No. 07300
                              CHUNG & PRESS, P.C.
                              6718 Whittier Avenue, Suite 200
                              McLean, Virginia 22101
                              (703) 734-3800
                              (703) 734-0590 [facsimile]
                              dpress@chung-press.com

                              Counsel for Garnishee, SMS Data Products Group, Inc.

Of Counsel:

Neil Belden, General Counsel
SMS Data Products Group, Inc.
1501 Farm Credit Drive, Suite 2000
McLean, VA 22102
703-883-4396